## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Wei Han | Case No.: 23-cv-04813 |
| Plaintiff, | |
| v. | Judge: Hon. Manish S. Shah |
| Does 1-89, As Identified in Exhibit 2, | |
| Defendants. | Magistrate: Hon. Jeffrey Cole |

## **VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action **without prejudice** as to the following Defendants:

| Doe # | Store Name | Merchant ID |
|---|---|---|
| 10 | LANCER GEAR | A2LT4TS8Z9DKLM |

Dated: September 22, 2023

Respectfully submitted,

By:    /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com